UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 17-29384 |
| BORNHARDT, AMANDA A. | | Chapter: | 7 |
| | | Judge: | MBK |

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on February 26, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at: 4 TRANSOM LANE, BARNEGAT, NJ
> The debtor(s) inherited the property in 2008. The property is valued at $180,000 based upon a 2016 Appraisal.

> Liens on property:
>
> M&T BANK - $148,049

> Amount of equity claimed as exempt:
>
> $8,551

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 17-29384-MBK
Amanda A. Bornhardt                                           Chapter 7
        Debtor              CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Jan 24, 2018
                              Form ID: pdf905           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
db             +Amanda A. Bornhardt,    4 Transom Lane,    Barnegat, NJ 08005-1658
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
517084423      +Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517084426      +Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6504
517084427      +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
517084428      +Chase,   Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
517084429      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517084431      +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
517084432      +Chase Mtg,    Po Box 24696,   Columbus, OH 43224-0696
517084433      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517084434      +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517084435      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517084436      +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517084440      +MSC CLaim Services, Inc.,    123 Frost Street Suite 202,    Westbury, NY 11590-5027
517084441      +Paypal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
517084445      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517084447     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US Bank/Rms CC,    Card Member Services,    Po Box 108,
                 St Louis, MO 63166)
517084446      +US Bank/Gymboree,    PO Box 790408,   Saint Louis, MO 63179-0408
517084448      +Victoria Rose Emanuele, Esquire,    1 Airport Rd,    PO Box 2043,    Lakewood, NJ 08701-8043
517084449      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2018 23:40:41     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2018 23:40:38     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517084437      +E-mail/Text: mrdiscen@discover.com Jan 24 2018 23:39:51     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517084438      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 24 2018 23:39:55     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
517084439       E-mail/Text: camanagement@mtb.com Jan 24 2018 23:40:24     M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
517084442      +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2018 23:42:22     Syncb/Toys R Us,   Po Box 965064,
                 Orlando, FL 32896-5064
517084443      +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2018 23:42:50     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
517084444      +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2018 23:42:50     Synchrony Bank/Old Navy,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517084425*     +Arthur Bornhardt,    3 Stern Court,   Barnegat, NJ 08005-1625
517084430*     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517084424    ##+Arthur Bornhardt,    3 Stern Court,   Barnegat, NJ 08005-1625
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jan 24, 2018
                              Form ID: pdf905          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
          Christopher G. Cassie    on behalf of Debtor Amanda A. Bornhardt ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```